20200246
FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
NOVEMBER 19, 2020
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 239

In the Interest of K.R.C.W., A Child

| | |
|---|---|
| Grand Forks County Social Service Center, | Petitioner and Appellee |
| v. | |
| K.R.C.W., a child, | |
| W.B., mother, | Respondents |
| and | |
| C.A.M., father, | Respondent and Appellant |

## No. 20200246

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Lolita G. Hartl Romanick, Judge.

AFFIRMED.

Per Curiam.

Thomas A. Gehrz, Assistant State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for respondent and appellant C.A.M.; submitted on brief.

**Per Curiam.**

[¶1]  C.A.M. appeals from a district court order terminating his parental rights, arguing the State failed to show by clear and convincing evidence the child was suffering or would probably suffer serious physical, mental, moral or emotional harm. We affirm.

[¶2]  C.A.M. and B.W. were the parents of K.R.C.W., born in 2016. K.R.C.W. tested positive for marijuana at birth. In June 2017 the court placed K.R.C.W. into foster care. On July 28, 2020, a termination of parental rights trial was held. Only C.A.M. appeared. At the conclusion of trial, the court found K.R.C.W. was deprived and the conditions were likely to continue, the child was suffering or would likely continue to suffer serious physical, mental, moral, or emotional harm, and the child was in foster care for at least 450 of the previous 660 nights. The court entered a judgment terminating the parental rights of C.A.M. and B.W.

[¶3]  We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7). *See In re A.L.*, 2011 ND 189, ¶ 9, 803 N.W.2d 597 (explaining N.D.C.C. § 27-20-44(1)(c)(2) is clear and provides a juvenile court "may terminate parental rights *solely* on a finding of (1) deprivation and (2) that '[t]he child has been in foster care . . . for at least four hundred fifty out of the previous six hundred sixty nights.'") (Emphasis in original.)

[¶4]  Jon J. Jensen, C.J.
    Gerald W. VandeWalle
    Daniel J. Crothers
    Lisa Fair McEvers
    Jerod E. Tufte